IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CR. NO. 2:26-cr-20034-SHL |
| | ) | |
| RODRIQUEZ HENLEY, | ) | |
| | ) | |
| Defendant. | ) | |

**VERDICT FORM**

We, the jury, on the charge in the Indictment for our verdict unanimously find as follows:

As to Count 1, Convicted Felon in Possession of a Firearm, we, the jury, unanimously find the Defendant

X (GUILTY) ______ (NOT GUILTY)

8-3-26
DATE

Kenneth Miller
Presiding Juror